**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Farmer, Lucius** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Farmer, Vivian A.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-8456** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-9983** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**12517 South Meadow Lane  Unit 6**<br>**Blue Island, IL 60406** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**12517 South Meadow Lane  Unit 6**<br>**Blue Island, IL 60406** |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☐ Chapter 11   ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business  ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)                                        THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/03)     4/28/05 11:32AM

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Farmer, Lucius** <br> **Farmer, Vivian A.** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed: **Chicago, Illinois (99-32436)** | Case Number: <br> **04-00135; 03-38067** | Date Filed: <br> **1/05/04** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Lucius Farmer**
Signature of Debtor **Lucius Farmer**

X    **/s/ Vivian A. Farmer**
Signature of Joint Debtor **Vivian A. Farmer**

_____
Telephone Number (If not represented by attorney)

**April 28, 2005**
Date

**Signature of Attorney**

X    **/s/ Laurance Stefans**
Signature of Attorney for Debtor(s)
**Laurance Stefans 2713403**
Printed Name of Attorney for Debtor(s)
**Stefans, Stefans & Stefans**
Firm Name
**134 N.LaSalle Street**
**Chicago, Illinois**
**60602,**
Address    **Email: astefans@ameritech.net**
**312-726-0174  Fax: 312-726-0276**
Telephone Number
**April 28, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    **/s/ Laurance Stefans**      **April 28, 2005**
Signature of Attorney for Debtor(s)    Date
**Laurance Stefans**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

```
ABC/Ameritech   c/o
Financial Network
P.O.Box 3084
Visalia, CA 93278


Ameritech/SBC
Bill Payment Center
Chicago, IL 60663-0001


AR Imaging SC
P.O.Box 2280
Orland Park, IL 60462


Arcadia   c/o
American Coradius Inc.
300 Essjay Road  Suite 150
Buffalo, NY 14221-8208


Arcadia Financial
P.O.Box 1437
Minneapolis, MN 55440


Arcadia Financial    c/o
James E. McParland
180 N. Wacker Drive # 300
Chicago, IL 60606


AT & T Wireless
P.O.Box 8229
Aurora, IL 60572-8229


AT & T Wireless   c/o
Nationwide Credit
P.O.Box 740627
Atlanta, GA 30374-0627


Capital One
P.O.Box 60000
Seattle, WA 98190-6000


Capital One   c/o
NAFS
3587 Parkway Lane
Norcross, GA 30092-2827
```

```
Chicago Sun Times
P.O.Box 1003
Tinley Park, IL 60477


Chicago Tribune
P.O.Box 6490
Chicago, IL 60680-6940


City of Chicago
Bureau of Parking
333 S. State Street  Room 540
Chicago, IL 60604


City of Chicago  c/o
Linegarger Goggan Blair & Sampson
P.O.Box 06152
Chicago, IL 60606-0152


Comcast
P.O.Box 3002
Southeastern, PA 19398-3002


ComEd
Bill Payment Center
Chicago, IL 60668


Cross Country Bank
P.O.Box 15414
Wilmington, DE 19850-5414


Crossings  c/o
Allied Interstate
P.O.Box 361445
Columbus, OH 43236


First Consumers National Bank
Midland Credit Management Inc
Dept. 8870
Los Angeles, CA 90084-8870


First National Bank of Marin
P.O.Box 98873
Las Vegas, NV 89193
```

```
First National Bank of Marin  c/o
Allstate Financial Services Inc
1050 E. Flamingo Rd. Ste E 320
Las Vegas, NV 89119-7427


Global Teldata
4646 North Ravenswood
Chicago, IL 60640


Holy Cross Hospital
Patient Accounts
2701 West 68th Street
Chicago, IL 60629


Holy Cross Hospital
P.O.Box 2166
Bedford Park, IL 60499


Household Credit Services
P.O.Box 4155
Carol Stream, IL 60197


Marquettte Chrysler  c/o
Boyajian Law Offices
201 Route 17 North   5th Floor
Rutherford, NJ 07070-2574


Nicor
P.O.Box 310
Aurora, IL 60507


Noel G. Alcantara, M.D. S.C.
P.O.Box 2909
Darien, IL 60561-7909


Overland Bond & Investment Co.
4701 W. Fullerton Ave
Chicago, IL 60639


Peoples Energy Company
130 E. Randolph Dr.
Chicago, IL 60601
```

R.R.Donnelley  c/o
LiquiDebt Systems
29 W110 Butterfield Road Suite 108
Warrenville, IL 60555


SBC
SBC Drive
Chicago, IL 60663


SBC
P.O.Box 5072
Saginaw, MI 48605-5072


SBC/Ameritech
Bill Payment Center
Chicago, IL 60663-0001


SBC/Ameritech
P.O.Box 769
Arlington, TX 76004-0769


Sprint  c/o John Jackson, atty for
Universal Fidelity LP
P.O.Box 941911
Houston, TX 77094-8911


Surety Finance
8511 South Pulaski Road
Chicago, IL 60652


UIC Medical Center
135 S. LaSalle St. Dept. 8332
Chicago, IL 60674-8332


US Bank  c/o
Boudreau & Associates,LLC
5 Industrial Way
Salem, NH 03079