```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 16789
    LUCIOUS FARMER
    VIVIAN A FARMER                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-8456     SSN XXX-XX-9983


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/28/2005 and was confirmed 06/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 06/02/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
SBC/AMERITECH               NOTICE ONLY     NOT FILED         .00           .00
AT & T BANKRUPCTY           NOTICE ONLY     NOT FILED         .00           .00
AR IMAGING SC               UNSECURED       NOT FILED         .00           .00
ARCADIA AUTO FINANCE        NOTICE ONLY     NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC    UNSECURED       14825.27          .00        681.35
ARCADIA FINANCIAL           NOTICE ONLY     NOT FILED         .00           .00
AT&T CINGULAR WIRELESS      UNSECURED        1355.75          .00         54.62
AT&T                        NOTICE ONLY     NOT FILED         .00           .00
CAPITAL ONE  SERVICES       NOTICE ONLY     NOT FILED         .00           .00
CAPITAL ONE                 NOTICE ONLY     NOT FILED         .00           .00
CHICAGO SUN TIMES           UNSECURED       NOT FILED         .00           .00
CHICAGO TRIBUNE             UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO PARKING     UNSECURED        5540.00          .00        254.60
CITY OF CHICAGO             UNSECURED       NOT FILED         .00           .00
COMCAST                     UNSECURED       NOT FILED         .00           .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED         .00           .00
CROSS COUNTRY BANK          UNSECURED       NOT FILED         .00           .00
ALLIED INTERSTATE           NOTICE ONLY     NOT FILED         .00           .00
MIDLAND CREDIT MANAGEMEN    NOTICE ONLY     NOT FILED         .00           .00
NATIONAL FINANCIAL HOLDI    UNSECURED         564.85          .00         15.70
FIRST NATIONAL BANK OF M    NOTICE ONLY     NOT FILED         .00           .00
GLOBAL TELDATA              UNSECURED       NOT FILED         .00           .00
HOLY CROSS HOSPITAL         UNSECURED       NOT FILED         .00           .00
HOLY CROSS HOSPITAL         UNSECURED       NOT FILED         .00           .00
ECAST SETTLEMENT CORP       UNSECURED        1075.35          .00         51.15
BOYAJIAN LAW OFFICES        NOTICE ONLY     NOT FILED         .00           .00
NICOR GAS                   UNSECURED        1008.84          .00         34.96
NOEL G ALCANTARA MD         UNSECURED       NOT FILED         .00           .00
OVERLAND BOND               UNSECURED        6787.24          .00        311.94
PEOPLES GAS LIGHT & COKE    UNSECURED         293.09          .00         32.24
LIQUIDEBT SYSTEMS           NOTICE ONLY     NOT FILED         .00           .00
AT & T BANKRUPCTY           NOTICE ONLY     NOT FILED         .00           .00

                   PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 16789 LUCIOUS FARMER & VIVIAN A FARMER
```

```
AT & T BANKRUPCTY          NOTICE ONLY    NOT FILED          .00             .00
AT & T BANKRUPCTY          NOTICE ONLY    NOT FILED          .00             .00
AT & T BANKRUPCTY          NOTICE ONLY    NOT FILED          .00             .00
SPRINT PCS                 UNSECURED      NOT FILED          .00             .00
SURETY FINANCE CORP        PRIORITY          535.00          .00          535.00
UIC PHYSICIANS GROUP       UNSECURED      NOT FILED          .00             .00
BOUDREAU & ASSOCIATES      NOTICE ONLY    NOT FILED          .00             .00
ABC/AMERITECH              NOTICE ONLY    NOT FILED          .00             .00
AMERITECH/SBC              UNSECURED      NOT FILED          .00             .00
CROSSINGS                  UNSECURED      NOT FILED          .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1562.12         .00           71.79
FIRST NATIONAL BANK OF M   UNSECURED      NOT FILED          .00             .00
MARQUETTE CHRYSLER         UNSECURED      NOT FILED          .00             .00
RR DONELLEY                UNSECURED      NOT FILED          .00             .00
AT & T BANKRUPCTY          NOTICE ONLY    NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED         3987.60         .00          160.62
US BANK                    UNSECURED      NOT FILED          .00             .00
AT & T WIRELESS            UNSECURED         2164.07         .00           98.99
ILLINOIS DEPT OF REVENUE   PRIORITY             .00          .00             .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY     2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                        273.51
DEBTOR REFUND              REFUND                                          23.53

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    4,800.00

PRIORITY                                             535.00
SECURED                                                 .00
UNSECURED                                          1,767.96
ADMINISTRATIVE                                     2,200.00
TRUSTEE COMPENSATION                                 273.51
DEBTOR REFUND                                         23.53
                         ---------------     ---------------
TOTALS                     4,800.00                4,800.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 09/24/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                            PAGE   2
          CASE NO. 05 B 16789 LUCIOUS FARMER & VIVIAN A FARMER